**AFFIDAVIT FOR WARRANT IN DEBT**
PRINCE WILLIAM COUNTY GENERAL DISTRICT COURT

File No. _____

**Plaintiff(s) Name(s) and Address**

LEMUEL COREY MCCULLUM
15035 BARNES MEADOW CT
WOODBRIDGE, VA 22193

v

**Defendant(s) Name(s) and Address**

MARK KAPPELMANN, DALE WALTER
JOHN REDMOND
813 WATER PLACE ALEXANDRIA, VA 22314
10727 ALLIE DR FREDERICKSBURG VA 22406
3446 Flint Hill WOODBRIDGE, VA 22192

THIS DAY, the undersigned affiant personally appeared before me a Notary Public, in and for the Commonwealth of Virginia or an officer of the aforementioned Court, and upon being duly sworn, deposes and says that he is the Plaintiff (or the duly authorized Agent of the Plaintiff), and having personal knowledge of the facts hereinafter set forth, states that the said Defendant(s) is/are justly indebted to the said Plaintiff(s) in the amount of

$ _____ with interest thereon from the _____ day of _____ 20 ___,
at _____ % and $ _____ Attorney's fees; which sum is due by virtue of:

LOSS OF WAGES, DEFAMATION OF CHARACTER

and that the whole of said amount is now due and owing; that said Plaintiff(s) has/have a just right to recover the said amount from the said Defendant(s), exclusive of all set-offs and just grounds of defense and that to the best of the Affiant's knowledge and belief, none of the Defendants is incompetent, is a minor or is an active duty member of any branch of the Armed Forces of the United States of America.

[ ] Plaintiff's Agent
[X] Plaintiff

LEMUEL COREY MCCULLUM
Print or Type Affiants Name

Signature of Affiant

SUBSCRIBED AND SWORN TO BEFORE ME THIS DAY
4/23/19
DATE

[ ] Clerk     [ ] Magistrate   [X] Judge
[X] Deputy Clerk    [ ] Notary
My Commission Expires

Form 114 (1-10)
31" Magistrates

**AFFIDAVIT – DEFAULT JUDGMENT**
**SERVICEMEMBERS CIVIL RELIEF ACT**
Commonwealth of Virginia    VA. CODE § 8.01-15.2

Case No. ..............................................

RETURN DATE AND TIME

.......... Prince William County ..........
CITY OR COUNTY

[ ] Circuit Court    [X] General District Court
[ ] Juvenile and Domestic Relations District Court

.......... Lemuel Corey McCullum .......... v./In re: .......... Mark Kappelmann ..........

I, .......... Lemuel Corey McCullum .........., the undersigned affiant, states the following under oath:
PRINT NAME

[X] The defendant/respondent    [X] is in military service.    [ ] is not in military service.

The following facts support the statement above:
Mr. Kappelmann is an active duty member of the US Army who currently serves as the Army Aviation Brigade Commander

[ ] The affiant is unable to determine whether or not the defendant/respondent is in military service.
Pursuant to 50 U.S.C. § 3931, if the court is unable to determine whether the defendant/respondent is in military service based upon the affiant's statement, the court, before entering judgment, may require the plaintiff/petitioner to file a bond in an amount approved by the court.

23 Apr 19
DATE

.......... (signature) ..........
AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

4/23/19
DATE

[ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE  [ ] JUDGE  [ ] INTAKE OFFICER

**FOR NOTARY PUBLIC'S USE ONLY:**

State of .................................................... [ ] City  [ ] County of ....................................................

Acknowledged, subscribed and sworn to before me this .......... day of .................................................... , 20 .......... .

.................................................... 
NOTARY REGISTRATION NUMBER

.................................................... 
NOTARY PUBLIC
(My commission expires: ....................................................)

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act, the court may assess reasonable attorney fees and costs against any party as the court deems appropriate, including a party aggrieved by a violation of the Act, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment. Further, counsel appointed pursuant to the Servicemembers Civil Relief Act shall not be selected by the plaintiff or have any affiliation with the plaintiff.

FOR COURT USE ONLY:

**[ ] ORDER OF APPOINTMENT OF COUNSEL**
I find that appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

NAME, ADDRESS OF COURT APPOINTED LAWYER

NEXT HEARING DATE AND TIME

DATE

JUDGE

**[ ] STAY OF PROCEEDINGS**
I find that a stay of proceedings is required pursuant to 50 U.S.C. § 3931 and, therefore, such a stay, for a minimum period of 90 days, is ordered until ....................................................
NEXT HEARING DATE AND TIME

DATE

JUDGE

FORM DC-418 REVISED 11/16    (A180150 7/17)

**AFFIDAVIT – DEFAULT JUDGMENT**
**SERVICEMEMBERS CIVIL RELIEF ACT**
Commonwealth of Virginia    VA. CODE § 8.01-15.2

Case No. ..................................................

RETURN DATE AND TIME

Prince William County
................................................................
CITY OR COUNTY

[ ] Circuit Court   [ ] General District Court
[ ] Juvenile and Domestic Relations District Court

LEMUEL COREY MCCULLUM    v./In re:  DALE WALTERS, JOHN REDMOND

I, LEMUEL COREY MCCULLUM, the undersigned affiant, states the following under oath:
PRINT NAME

[X] The defendant/respondent    [ ] is in military service.    [X] is not in military service.

The following facts support the statement above:
Both members are civilian service employees

[ ] The affiant is unable to determine whether or not the defendant/respondent is in military service.
Pursuant to 50 U.S.C. § 3931, if the court is unable to determine whether the defendant/respondent is in military service based upon the affiant's statement, the court, before entering judgment, may require the plaintiff/petitioner to file a bond in an amount approved by the court.

23 APR 19
DATE

AFFIANT'S SIGNATURE

The above-named affiant personally appeared this day before the undersigned, and upon duly being sworn, made oath that the facts stated in this affidavit are true to the best of his or her knowledge, information and belief.

4/23/19
DATE

[ ] CLERK  [X] DEPUTY CLERK  [ ] MAGISTRATE  [ ] JUDGE  [X] INTAKE OFFICER

**FOR NOTARY PUBLIC'S USE ONLY:**

State of ........................................................ [ ] City [ ] County of .......................................

Acknowledged, subscribed and sworn to before me this ............. day of ............................., 20 ........ .

NOTARY REGISTRATION NUMBER

NOTARY PUBLIC
(My commission expires: ............................)

**NOTICE REGARDING APPOINTMENT OF COUNSEL TO REPRESENT ABSENT SERVICEMEMBER:**
Where appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act, the court may assess reasonable attorney fees and costs against any party as the court deems appropriate, including a party aggrieved by a violation of the Act, and shall direct in its order which of the parties to the case shall pay such fees and costs, except the Commonwealth unless it is the party that obtains the judgment. Further, counsel appointed pursuant to the Servicemembers Civil Relief Act shall not be selected by the plaintiff or have any affiliation with the plaintiff.

FOR COURT USE ONLY:
**[ ] ORDER OF APPOINTMENT OF COUNSEL**
I find that appointment of counsel is required pursuant to 50 U.S.C. § 3931 or § 3932 or another section of the Servicemembers Civil Relief Act and therefore, I appoint the lawyer indicated below to represent the absent servicemember named as defendant/respondent above.

NAME, ADDRESS OF COURT APPOINTED LAWYER

NEXT HEARING DATE AND TIME

DATE

JUDGE

**[ ] STAY OF PROCEEDINGS**
I find that a stay of proceedings is required pursuant to 50 U.S.C. § 3931 and, therefore, such a stay, for a minimum period of 90 days, is ordered until ..................................................
NEXT HEARING DATE AND TIME

DATE

JUDGE

FORM DC-418 REVISED 11/16    (A180150 7/17)